al.), and *John F. Downes,* for the appellee (defendant Palmer Tarinelli Construction Company, Inc.).

*John D. Bagdasarian,* for the appellants (plaintiffs).

Argued December 1—decided December 1, 1964

STATE OF CONNECTICUT *v.* ANTHONY SALVAGGIO

The motion by the defendant to correct the record in the appeal from the Circuit Court in the second circuit on the granting of certification for appeal to this court is denied. The matter can be handled by stipulation at time of argument in this court.

*Thomas J. Barrett,* in support of the motion.

Submitted November 13—decided December 1, 1964

CITY TRUST COMPANY ET AL., TRUSTEES (ESTATE OF RONALD B. MacKENZIE), ET AL. *v.* JOHN L. SULLIVAN, TAX COMMISSIONER

The reservation from the Superior Court in Fairfield County is refused because of procedural defects, including improper form of questions.

*Thomas F. Seymour,* with whom was *James J. A. Daly,* for the plaintiffs.

*Robert J. Hale,* first assistant tax commissioner, with whom, on the brief, were *Harold M. Mulvey,* attorney general, and *Seymour M. Alpert,* inheritance tax attorney, for the defendant.

Argued December 1—decided December 3, 1964

The plaintiffs filed a motion for reargument which was denied.